UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80184-DAMIAN \ REINHART

FILED BY MC D.C.
JUN 13 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
Plaintiff

VS.

BAZELAIS FRANCOIS, JAK#:0542975
Defendant

MOTION TO DISMISS THE INDICTMENT OF (HUMAN TRAFFICKING) AND OR TO ALTERNATIVELY DOWNFILE THE CRIME OFFENSE TO (ILLEGAL ENTRY)

Comes Now, The Defendant, BAZELAIS FRANCOIS By and through His UnderSign Attorney Moves the Honorable Court to Hereby, Dismiss The Indictment of Human Trafficking or To DownFile The Offense into A Lesser Included offense Due to A DeFacto arrest, There is no Prima Facie of Guilt or Sufficient Probable Cause. INSUPPORT OF:

### ARGUMENT AND GROUNDS

On August, 24TH, 2023, During Early FRIDAY Morning, At Approximently Palm Beach County JUPITER FLORIDA An An Caller Reported A Suspicious Boat.

Upon Law Agency Arrival, Numerous Individuals including the Defendant Fleed off of The boat and Ranned on Foot.

The accomendating Government Personnel Precieve The Defendant. Do to The Color of his Shirt, That he was the believed Boat Driver.

ENTRY (1) OF (5)

The Honorable Court Should Please Consider These Few Factors

1. The allege Criminal offense allegedlly, Comitted has not been Proven by a Preponderance of Evidence.

2. A Global Government Analyis Vandicate The Defendant has no Record of any Violatation or Similarities to Prior Alien Smuggling encourage or Induce aliens to Enter The United State in Violations of 8 U.S.C § 1324 (a) (B) (iii)

3. ICE Agency upon Investigation and Interogation of Credible Eye-witness Identification Supplied The Defendant was not The Captain

4. He Did not arrange The Trip\Voyage

5. No Payment was Recieved, Requested by, nor any Signs of Currency Located on his Person or Document\account Relating to Patment

6. The Boat was From America.

7. This is The Defendant First arrival No Re-Entry Priors

8. The Defendant was not The Sole Occupant

Once The Agent Learned The Defendant was not The Captain They Should of Not Proceed Efforts to manipulate him For Probable Cause. For The offense of thus Indictment.

Citing United State v. Smith, 318 F.App'x 780, 792 (11th Cir 2009, (Per-Curiam); United State v. Burbridge, 252 F.3d 775, 778, 5th Cir 2001 "An ordinary Citizen eye Identification of Criminal activity and of A Perpetrator is normally Sufficient to Supply Probable Cause to Stop Suspect."

Scott v. Farrell, Civil Action: No. 12-6049 (E.D. Pa Dec 10, 2012 "There is no Requirement that the Police, once they Receive The Eyewitness Identification Conduct further Investigation or Put Contradictary evidence in affidavit Supporting Probable Cause. INC. 797 F.2d 422, 446 (7th Cir 1986) Retaccio v. Davis, 2002 WL 32356393 at 4 (E.D. Pa. Oct 9, 2002) 76 F.App'x 442 3d Cir 2003

ENTRY (2) OF (5)

9. The Defendant asseration That He Grabbed The Vessel Wheels at one Point To Prevent The Vessel From Crashing and Killing Everyone aboard is not Substantial basis For Probable Cause to Charge Defendant. For Human Trafficking.

10. The agent Testify The Defendant Had Difficult Attempting Breifly operating The Vessel

11. Unlike This Current Instance. IN U.S v. Cardwright, 418 1295 Cartwright also admitted that he Followed Instructions on where to Steer The boat and use Compass to Navigate.

12. The Court may Please Consider, United States v. Abrakhamia, No. 18-12 854 (11th Cir. Aug 06, 2019 "Steeming Predetermined Destination, Driving a Boat on The Ocean to Florida requires Skills not Possessed by the General Public For background" See united States v. Dela Cruz Suarez, 601 F.3d 1202, 1219 (11th Cir. 2010) United States v. Calderon. 127 F. 3d 1314

Furthermore, The Due Process Clause Provides The Defendant with The ability to Confront Witnesses In his Favor Such as The other Vessel occupants. It was Prejudice To Dismiss the witnesses with out allowing The Defendant to Secure Favorable testimonies.

United State v. Anderson, 942 F.2d 606, 612 (9th Cir 1991) The treatment of People as mere objects is not tolerable, we, of Course, Cannot Condone there own attempt to enter the Country Illegally, But We Can emPathize with their Desire to Come and See them as victims that often are.

United States v. Eckardl, 466 F.3d 938, 947 (11th Cir 2006) (Quotation marks omitted "A defendant Substantial Rights are Prejudicial, when A reasonable Probability arises That, But For the Remarks, the outcome of The trial would have been different.

ID U.S v. Bulman, 667 F.2d 1374 (11th Cir 1982) A Defendants right adequately A defendants Right adequately to Cross-Examine A witness is of Course , Gaurateed by the Sixth Amendment. See, E.G. Alford v. United States 282 U.S 687. S.Ct 218, 75 L.ED 624 (1931); United States v. Mayer 556. F.2d 245 (5th Cir 1977) Moreover "The Exposure of a witness"

ENTRY (3) OF 5

# SERVICE LIST

United States of America v. Bazelais Francois
Case No. 23-CR-80184-Damian/Reinhart
United States District Court, Southern District of Florida

U.S. Attorney Office
Honorable Judge Damian
Honorable Judge Reinhart
Clerk of Court Southern District

Entry (5) of 5)

is of Course, Gauranteed by the Sixth Amendment See E.G. Alford V. United State, 282 U.S 687, S. ct 218, 75 L.ED 624 (1931); United State v. Mayer 556 F.2d 245 (5th Cr. 1977) Moreover, "The Exposure of A Witness' motivation in Testifying is A Proper and Important Function of the Constitutionally Protected Right to Cross-Examination. [Also See]: Davis v. Alaska, 415 U.S 308, 315-16, 94 Sct 1109, 1109-10, 39 L.ED 2d 342 (1974). United State Onori 535 F.2d 938, 945 (5th Cir. 1976)

## Conclusion

The Defendant Actions and Mo~~ttive~~ Constitute The Statutary Elements of A Violation of Illegal Entry into the United States The Defendant C         to Proclaim as the Captain and Organizer by The Authority Translating Due To His Language Barrier and the Promise He Will get Hired as A Driver and Will also be Release From Jail in Three Days is Unconstitutional. ID United State v. Anderson, 942 F.2d 606, 612 (9th Cir 1991) Citing: The treatment of People as mere Objects is not Tolerable, we of Course, Cannot Condone there own attempt to enter the Country Illegally, But we Can Empathize with their Desire to Come and See them as Victims they often are

WHEREFORE, The Defense Humbly Pray Your Honor To Dismiss The Indictment of Human Trafficking against Said Defendant OR To ultimately DownFile The Indictment to Illegal Entry In To The United State of America

Sergeant Ronnie DeJesus #8589
8589

RESPECTFULLY SUBMITTED

FRANCOIS BAZELAIS

5-31-24


Notary Public State of Florida
Ronnie DeJesus
My Commission HH 066918
Expires 11/24/2024

ENTRY (4) of (5)

To KEEP F.S.A RULE 4-1.2 OBJECTIVES and Scope of Representation

The above Client Respectfully Request Mr. Berry to Adopt the attached motion To Dismiss or DownFile Indictment The Client further State The Law Specify Anything that is not mentioned on His Federal Court Case Record Can not Be Appealed.

West's F.S.A BAR Rule 4-1.2 Objectives and Scope of Representation

(A) Lawyer To Abid by Clients Decisions Subdivisions (C) and (D) A Lawyer must abide by A Client's Decisions Concerning The objectives of Representation, and as Required by Rule 4-1.4, Must Reasonably Consult with the Client as to the means by which they are to be pursued. A Lawyer may take action on behalf of the Client that is Implied authorized to carry out a Client decision. A Lawyer must abided by the Clients Decision, after Consultation with the Lawyer.

ID Rule 4-3.2 (Requirement of Lawyer To make Efforts To Expedite LITIGATION)

Rule 4-1.4 (Requires that Lawyer To keep Clients Reasonably Informed)

JAKPF:0542875

Respectfully Submitted,
FRANCOIS BAZELAIS
[signature]
5/31/24

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents

FILED BY _____

JUN 13 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 201

-LeGal-Mail.

United State District Court
Southern District of Florida
Office of the Clerk-Room N＃08
400 North Miami Avenue
Miami, Florida. 33128-7716

F. Francois,
Brezelais,
ID: 05 112 845

Beach County
Inmate Mail/Parcels
Office Box ＃ 24916
Palm Beach Florida.